UNITED STATES OF AMERICA
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION



UNITED STATES OF AMERICA

vs.                                      Case No: 7:12-CR-7-1H

BRANDON ELEAZOR JACKSON           ORDER

IT IS HEREBY ORDERED that the following government exhibit(s) admitted into evidence on <u>July 11, 2012</u> be turned over to <u>Sgt. Jay Baughman, Wilmington Police Department</u>, to be retained in his custody until this case is completed, including any matters on appeal:

| Govt. Exhibit No.: | Description: |
|---|---|
| 8 | Firearm |
| 9 | Ammunition |

This <u>11th</u> day of <u>July</u>, 2012.

                                               MALCOLM J. HOWARD
                                               UNITED STATES DISTRICT JUDGE

Agent's Signature: _____