IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:12-CR-7-1H

```
UNITED STATES OF AMERICA        )
                                )
                                )
                                )
     v.                         )
                                )
                                )           ORDER
                                )
BRANDON ELEAZOR JACKSON,        )
     Defendant.                 )
```

This matter is before the court on the government's motion to move defendant's trial date due to a schedule conflict with one of the government's witnesses. For good cause shown, the government's motion [DE #59] is GRANTED and the trial is hereby scheduled to commence at **10:00 a.m. on Monday, September 17, 2012,** at the United States Courthouse in Greenville, North Carolina. Counsel shall appear in chambers at 9:30 a.m. on September 17, 2012, with proposed witness lists specifically identifying each witness' name and city of residence. Counsel shall submit any proposed voir dire and requests for jury instructions no later than September 7, 2012. Estimated trial time is 1-2 days.

Any delay that results from the continuance of defendant's trial is excluded from Speedy Trial Act computation pursuant to 18 U.S.C. § 3161(h)(7)(A) for the reason that the ends of

justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial.

This 30th day of August 2012.

_____
MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, NC
#31