UNITED STATES OF AMERICA
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION



UNITED STATES OF AMERICA

vs.  Case No: 7:12-CR-7-1H

BRANDON ELEAZOR JACKSON  ORDER

IT IS HEREBY ORDERED that the following government exhibit(s) admitted into evidence on September 17, 2012 be turned over to SA Eddie Eubanks, ATF, to be retained in his custody until this case is completed, including any matters on appeal:

| Govt. Exhibit No.: | Description: |
| --- | --- |
| 8 | Firearm |
| 9 | Ammunition |

This 17th day of September, 2012.

MALCOLM J. HOWARD
UNITED STATES DISTRICT JUDGE

Agent's Signature: E. L. Eubanks